Let the plaintiff take only the effect of his motion in reſpect to the two laſt pleas.

## Vanderwerker *ads*. Cuyler.

JUDGMENT as in caſe of non-ſuit had been entered in a former cauſe, for not proceeding to trial, and it was now moved by

*Emott*, after plea put in, and notice of trial received, that all proceedings ſhould ſtay till the plaintiff ſhould pay the coſts of the firſt ſuit. He cited 2 *Durn. and Eaſt.* 511.

*Woodworth contra.* Suits are not to be ſtayed till former coſts are paid, except in ejectment, or where the merits have been tried, or if the ſuit appears to be vexatious. It has however been done in treſpaſs *de bonis aſportatis*, and in caſe of a malicious proſecution. Beſides, the defendant, after the plea pleaded, comes too late. He cited in ſupport of his firſt poſition, 2 *Blackſt. Reports*, 741. 3 *Wilſon*, 149. 2 *Burr* 1026.

*Per Curiam.* The ſecond ſuit ſhall be intended to be vexatious, the plaintiffs having voluntarily ſuffered a nonſuit in the firſt. The defendant at no time is too late to make this application pending the ſuit and before trial. Motion granted.